Jess Gross, Jr., Plaintiff, v. Audrey Gross, Defendant. Audrey Gross (Now Audrey Orr), Petitioner-Appellant, v. Jess Gross, Jr., Respondent-Appellee.

Gen. No. 10,322.

Third District.
May 16, 1961.

William

A. Cherikos, for appellant; Ralph E. Suddes, for appellee. Opinion by JUSTICE CARROLL. **Not to be published in full.**